UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COREY L. MCFADDEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-1115 (RBW) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the Court's oral rulings rendered at the status conference, held on December 19, 2016, it is hereby

**ORDERED** that Defendant WMATA's Motion to Consolidate Cases, ECF No. 111, is **GRANTED**. It is further

**ORDERED** that Case No. 12-cv-940 is **CONSOLIDATED** with Case No. 14-cv-1115, and Case No. 12-cv-940 is **CLOSED**. It is further

**ORDERED** that the parties shall make all future filings only in Case No. 14-cv-1115, and the Clerk of the Court shall refuse to accept any filings in Case No. 12-cv-940. It is further

**ORDERED** that the Plaintiff's Motion to Stay, ECF No. 116, is **DENIED**. It is further

**ORDERED** that the Court's November 22, 2016 Order, which permitted defendant Amalgamated Transit Union Local 689 to proceed with discovery in this case and set the close of discovery for March 24, 2017, is **AMENDED** to permit all parties to proceed with discovery in this case and to establish April 28, 2017, as the now designated date for the close of discovery. It is further

**ORDERED** that the parties shall file their (1) motions for summary judgment, if any, on

2

or before May 28, 2017; (2) oppositions to any such motion on or before June 30, 2017; and (3) replies in response to any opposition on or before July 14, 2017.  It is further

**ORDERED** that the parties shall appear before this Court on October 20, 2017, at 9:30 a.m., for a status conference.

**SO ORDERED** this 20th day of December, 2016.

REGGIE B. WALTON
United States District Judge