# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COREY LEROY BEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-1115 (RBW) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on February 24, 2020, it is hereby

**ORDERED** that, upon the plaintiff's withdrawal of his opposition, it is hereby **ORDERED** that Defendant Washington Metropolitan Area Transit Authority's Motion in Limine as to Lost Wages Evidence Presented to the Jury, ECF No. 180, is **GRANTED**. It is further

**ORDERED** that, upon the plaintiff's withdrawal of his opposition, it is hereby **ORDERED** that Defendant Washington Metropolitan Area Transit Authority's Motion in Limine as to "Golden Rule" Arguments, ECF No. 181, is **GRANTED**. It is further

**ORDERED** that, upon the plaintiff's withdrawal of his motion, it is hereby **ORDERED** that the Plaintiff's Motion in Limine as to Leonard Hertzberg and His Independent Medical Evaluation Report, ECF No. 193, is **DENIED AS MOOT**. It is further

**ORDERED** that the Plaintiff's Motion for Clarification, ECF No. 212, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Consent Motion for Leave to File Supplemental Briefing on Narrowed Motions in Limine, ECF No. 220, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that the plaintiff seeks leave to file supplemental briefing.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the plaintiff's Unopposed Motion for Student Practice Certification, ECF No. 221, is **PROVISIONALLY GRANTED**, on the condition that Alexander Afnan successfully completes his second year of law school.  It is further

**ORDERED** that the plaintiff's oral request to reopen discovery is **DENIED**.  It is further

**ORDERED** that the plaintiff shall file his supplemental briefs on or before March 13, 2020.  It is further

**ORDERED** that the defendant shall file its response to the plaintiff's supplemental briefs on or before March 27, 2020.  It is further

**ORDERED** that the parties shall submit their amended joint pre-trial statement on or before March 20, 2020.  It is further

**ORDERED** that the parties shall appear before the Court for a pre-trial conference on April 2, 2020, at 2:45 p.m.

**SO ORDERED** this 25th day of February, 2020.

REGGIE B. WALTON
United States District Judge